UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JANE DOE,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**Darden Restaurants, Inc.,** )<br>**d/b/a Olive Garden Italian Restaurant**, )<br>)<br>Defendant. )<br>) | Case No.: 1:24-cv-01368-ADC |

## <u>COUNSEL SIGNATURE BLOCK</u>

 

Respectfully submitted,

*/s/ Tamara Slater*

Tamara L. Slater (MD #2208170010)
1825 K Street, NW, Suite 750
Washington, DC 20006
Tel (202) 539-9308
tamara.slater@leschtlaw.com
*Attorney for Plaintiff*