IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jane Doe                             *

**Plaintiff,**

                                     *

v.                                          Case No.  1:24-cv-01368

                                     *

Darden Restaurants, Inc.

                                     *

**Defendant.**

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  **Defendant**

I certify that I am admitted to practice in this Court.

May 21, 2024                          /s/ Bradley C. Tobias
Date                                  Signature

                                      Bradley C. Tobias 20782
                                      Printed name and bar number

                                      Littler Mendelson, P.C., 815 Connecticut Avenue, N.W. Suite 400, Washington, DC 20006

                                      Address

                                      btobias@littler.com
                                      Email address

                                      202-423-2150
                                      Telephone number

                                      202-315-3879
                                      Fax number